**EXHIBIT 1**

**PAYMENTS TO AMERICAN BORING, INC. by BDC GROUP, INC.**

| | | |
|---|---|---|
| 04.03.23 | $22,167.00 | ACH transfer from BDC Bank account, recorded as BDC Group check #3806 |
| 04.13.23 | $23,083.91 | ACH transfer from BDC Bank account, recorded as BDC Group Check #3866 |